UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| MAKSIM TSVETOVAT<br>*on behalf of themselves and all similarly situated individuals,*<br>Plaintiffs,<br>v.<br>SEGAN, MASON & MASON, P.C.,<br>Defendant. | Civil Action No. 1:12cv00510 |

NOTICE OF APPEARANCE

Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Boulevard, Suite 1-A, Newport News, Virginia 23601 hereby notes his appearance as counsel in this case on behalf of the Plaintiff.

Please copy him with all matters in this case.

Respectfully submitted,

MAKSIM TSVETOVAT *on behalf of themselves and all similarly situated individuals*

　　　　　　　　　/s/
Leonard A. Bennett, VSB#37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA  23601
Telephone (757) 930-3660
Facsimile (757) 930-3662 Facsimile
Email: lenbennett@clalegal.com