IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAKSIM TSVETOVAT, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.1:12-cv-510 TSE/JFA |
| ) | |
| SEGAN, MASON & MASON, P.C., ) | |
| ) | |
| Defendant. ) | |

## PROPOSED DISCOVERY PLAN

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedures and Local Rule 26(A), Plaintiff Maksim Tsvetovat and Defendant Segan, Mason & Mason, P.C., submit this Proposed Discovery Plan. Pursuant to Fed. R. Civ. P. 26(f), the parties conferred on July 3, 2012, to formulate a Discovery Plan.

**I.      Discovery:**

1.      Conclusion of Discovery. Discovery will be concluded by Friday, **October 12, 2012**, as provided in the Court's Initial Scheduling Order.

2.      Initial Disclosures. The parties will exchange initial disclosures under Rule 26(a)(1) on or before **July 23, 2012**.

3.      Claims, Defenses, and Settlement.     The parties have conferred as to the nature and basis of their claims.  The parties have discussed the potential for mediation in this matter and have agreed to re-address the issue once sufficient investigation has taken place to determine the nature and basis of their claims and defenses and the possibilities for promptly settling or

resolving the case. The parties are willing to consider Court-supervised mediation at an appropriate time, individually or collectively.

4.     <u>Discovery Schedule</u>.  The parties do not believe that the Local Civil Rules should be altered with respect to the timing of discovery.  Accordingly, all requests for written discovery should be served so that answers thereto shall be due to be served not later than the discovery cut-off date.

5.     <u>Service of Papers and Pleadings</u>.  The parties agree to accept service of any non-ECF pleadings and papers by email in .pdf format upon counsel of record, with an additional copy served via First-Class United States mail.

6.     <u>Discovery of Electronically Stored Information</u>.  The parties agree to work in good faith to coordinate the manner in which ESI is to be produced.

7.     <u>Privileged or Protected Materials</u>. The parties agree that to the extent any party intends to assert a claim of privilege or protection as trial preparation material, any such claim must be made in a timely manner and in accordance with Fed. R. Civ. P. 26(b)(5). The parties agree that inadvertent production of privileged materials shall not constitute a waiver of privileges or protections so long as the producing party notifies the receiving party promptly upon discovery of the inadvertent production.  Disputes concerning privileges and protections shall be addressed in accordance with Fed. R. Civ. P. 26(b)(5)(B).

8.     <u>Protective Orders</u>.     Counsel agrees to discuss entry of a stipulated protective order.

9.     <u>Filing Under Seal</u>.     The parties recognize that filings under seal are disfavored and discouraged. *See Va. Dep't of State Police v. Washington Post*, 386 F.3d 567, 575, 576 (4th Cir. 2004). Any motion to file a document under seal, must comply with Local Civil Rule 5 and

must be noticed for a hearing in open court. The motion must state sufficient facts supporting the action sought, and each proposed order must include specific findings.

10.     Expert Discovery.       The parties agree that expert discovery is necessary.  The party with the burden of proof as to any issue shall make its expert disclosures by **August 17, 2012.** Responding disclosures are due **September 16, 2012**. To the extent they are necessary, rebuttal disclosures are due **September 21, 2012.**

11.     Subjects of Discovery.  The parties agree that discovery relevant to the claims and defenses contained in the pleadings will be appropriate, subject to all objections permitted by the applicable rules.

12.     Trial by Magistrate.  The Plaintiff consents to trial before the United States Magistrate Judge. The Defendant does not consent to trial by a Magistrate Judge.

13.     Class Certification.     This is a class action.  Plaintiff shall file a motion for class certification by **September 21, 2012**.

14.     Chambers Copies of Motion. A paper copy of any non-dispositive motion and all papers relating to the motion shall be delivered directly to the chambers of the undersigned judge or magistrate judge upon filing. See ECF Policies and Procedures, Alexandria Courtesy Copy Information.

15.     Motions Procedures

a.      All other motions, except for summary judgment, shall be noticed for a hearing on the earliest possible Friday before the Final Pretrial Conference on **October 18, 2012**. Ten working days' notice is required for motions to dismiss, for summary judgment and for judgment on the pleadings.  A non-dispositive motion must be filed 5:00 p.m. the. Friday before the Friday for which it is noticed, with a response due by 5:00 p.m. the Wednesday before the hearing.  All motions must contain a statement that a good faith effort to narrow areas of

disagreement has been made in accordance with Local Civil Rule 7(E) and Local Civil Rule 37(E) for discovery motions.

      b.     If the filing of an amended pleading results in additional motions pursuant to Fed. R. Civ. P. 12, all such Fed. R. Civ. P. 12 issues shall be raised in one pleading unless leave of court is first obtained. All summary judgment issues shall be presented in the same pleading unless leave of court is first obtained.

      c.     All motions must adhere to the page limits set in Local Civil Rule 7(F)(3). No pleading shall be in type less than ten (10) pitch or twelve (12) point font.

    16.   <u>Filing of Certain Materials</u>. Disclosures under Fed. R. Civ. P. 26(a)(1) and (2), notices of depositions, interrogatories, request for documents and admissions, and answers thereto shall not be filed except on order of the Court, or for use in a motion or at trial.

    17.   <u>Disclosures, Exhibit Lists, Witness Lists and Stipulations</u>. The parties agree that the Rule 26(a)(3) disclosures, a list of exhibits to be used at trial, a list of the witnesses to be called at trial and a written stipulation of uncontested facts will be filed electronically with the Court on or before the Final Pretrial Conference. Objections to exhibits will be filed within 10 days after the Final Pretrial Conference; otherwise the exhibits shall stand admitted in evidence. The original exhibits shall be delivered to the clerk as provided by Local Civil Rule 79(A).

    18.   <u>Jury Instructions and Voir Dire</u>. In the event this case is tried before a jury, each party shall proceed in accordance with Local Civil Rules concerning jury instructions and objections.

    The parties respectfully request that the Court adopt this Discovery Plan.

**SO STIPULATED**

 Dated: July 11, 2012.

MAKSIM TSVETOVAT                   SEGAN, MASON & MASON, P.C.

By:_____/s/ Kristi C. Kelly_____
Kristi C. Kelly, Esq., VSB #72791
J. Chapman Petersen, Esq., VSB #37225
Scott A. Surovell, Esq., VSB #40278
Nathan D. Rozsa, Esq., VSB #77628
SUROVELL ISAACS PETERSEN
& LEVY PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Telephone: (703) 251-5400
Facsimile: (703) 591-9285
kkelly@siplfirm.com
jpetersen@siplfirm.com
ssurovell@siplfirm.com
nrozsa@siplfirm.com
*Counsel for Plaintiffs*

Leonard A. Bennett, Esq., VSB#37523
Susan M. Rotkis, Esq., VSB#40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com
*Counsel for Plaintiffs*

By:_____/s/ Brendon O'Toole_____
William D. Bayliss, Esq. VSB #13741
Brendan D. O'Toole, Esq., VSB#71329
Williams, Mullen, Clark & Dobbins, P.C.
200 South 10th Street
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
bbayliss@williamsmullen.com
botoole@williamsmullen.com
*Counsel for Segan, Mason & Mason, P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2012, I will electronically file the foregoing

with the Clerk of Court using the CM/ECF system which will send a notification of such filing

(NEF) to the following:

William D. Bayliss, Esq. VSB #13741
Brendan D. O'Toole, Esq., VSB#71329
Williams, Mullen, Clark & Dobbins, P.C.
200 South 10th Street
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
bbayliss@williamsmullen.com

botoole@williamsmullen.com
*Counsel for Segan, Mason & Mason, P.C.*


_____/s/_____Kristi C. Kelly_____
Kristi Cahoon Kelly
Virginia State Bar No. 72791
SUROVELL ISAACS PETERSEN & LEVY, PLC
4010 University Drive, Second Floor
Fairfax, Virginia 22030
Telephone:  (703) 277-9774
Facsimile: (703) 591-9285
E-mail:  kkelly@siplfirm.com
*Attorney for Plaintiff*