IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAKSIM TSVETOVAT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 1:12CV510 TSE/JFA |
| SEGAN, MASON & MASON, P.C., | ) |
| Defendant. | ) |

### NOTICE OF WAIVER OF ORAL ARGUMENT

Defendant Segan, Mason & Mason, by counsel, and pursuant to Rule 7(E) of the Local Rules for the Eastern District of Virginia, hereby waives oral argument on its Motion to Appear Telephonically at the Pretrial Conference.

Respectfully submitted,

SEGAN, MASON & MASON, P.C.

By: _____"/s/"_____
Brendan D. O'Toole

Brendan D. O'Toole, Esq. (VSB # 71329)
botoole@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.
200 South 10th Street
Richmond, VA 23219
Telephone: (804) 420-6588
Facsimile: (804) 420-6507
*Counsel for Segan, Mason & Mason, P.C.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of July, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kristi C. Kelly, Esquire (VSB # 72791)
kkelly@siplfirm.com
SUROVALL ISAACS PETERSEN & LEVY PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
T: (703) 251.5400
F: (703) 591.9285
*Counsel for Plaintiffs*

Leonard A. Bennett, Esquire (VSB # 37523)
lenbennett@clalegal.com
Susan M. Rotkis, Esq. (VSB # 40693)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
T: (757) 930.3660
F: (757) 930.3662
*Counsel for Plaintiffs*

                                       By: _____"/s/"_____
                                         Brendan D. O'Toole, Esquire (VSB # 71329))
                                         botoole@williamsmullen.com
                                         WILLIAMS, MULLEN, CLARK & DOBBINS, P.C.
                                         Williams Mullen Center
                                         200 South 10th Street, PO Box 1320
                                         Richmond, VA 23218-1320
                                         Telephone: 804.420.6000
                                         Facsimile: 804.420.6507
                                         *Counsel for Defendant*

18616386_1.DOC