IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAKSIM TSVETOVAT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 1:12CV510 TSE/JFA |
| SEGAN, MASON & MASON, P.C., | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please take notice that Joseph R. Pope of the law firm Williams Mullen hereby notes his appearance as counsel for Defendant Segan, Mason & Mason, P.C.

SEGAN, MASON & MASON, P.C.

By: _____"/s/"_____
Joseph R. Pope

Joseph R. Pope, Esquire (VSB No. 71371)
jpope@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.
200 South 10th Street
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
*Counsel for Segan, Mason & Mason, P.C.*

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 27th day of August, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kristi C. Kelly, Esquire (VSB # 72791)
kkelly@siplfirm.com
SUROVALL ISAACS PETERSEN & LEVY PLC
4010 University Drive, Suite 200
Fairfax, VA  22030
T: (703) 251.5400
F: (703) 591.9285
*Counsel for Plaintiffs*

Leonard A. Bennett, Esquire (VSB # 37523)
lenbennett@clalegal.com
Susan M. Rotkis, Esq. (VSB # 40693)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA  23601
T:  (757) 930.3660
F:  (757) 930.3662
*Counsel for Plaintiffs*

                By: _____"/s/"_____
                Joseph R. Pope, Esquire (VSB No. 71371)
                jpope@williamsmullen.com
                WILLIAMS, MULLEN, CLARK & DOBBINS, P.C.
                Williams Mullen Center
                200 South 10th Street, PO Box 1320
                Richmond, VA  23218-1320
                Telephone:  804.420.6000
                Facsimile:  804.420.6507
                *Counsel for Defendant*

18873020_1