IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
OCT 18 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| MAKSIM TSVETOVAT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 1:12CV510 TSE |
| SEGAN, MASON & MASON, P.C., | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay Deadlines 21 Days.

Having considered the matter, there being no objection, and for good cause shown, it is hereby ORDERED that the parties Joint Motion is GRANTED. All currently scheduled deadlines in this matter are hereby continued for an additional 21 days.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

Alexandria, Virginia
October 18, 2012

T.S. Ellis, III
United States District Judge

/s/
T. S. Ellis, III
United States District Judge