IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAKSIM TSVETOVAT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:12CV510 TSE |
| ) | |
| SEGAN, MASON & MASON, P.C., ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on the Defendant Segan, Mason & Mason, P.C.'s Consent Motion to Modify Preliminary Approval of Class Action Settlement.

Having considered the matter, there being no objection, and for good cause shown, it is hereby ORDERED that Segan Mason's Motion is GRANTED. The Court will proceed with the Fairness Hearing on April 12. 2013 as scheduled, but will hold its final approval decision in abeyance until the ninety-day expiration date has passed without any objections or requests for hearings being received from any relevant Federal or State authority pursuant to 28 U.S.C. 1715(d).

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

Alexandria, Virginia
January 24, 2013

T.S. Ellis, III
United States District Judge

/s/
T. S. Ellis, III
United States District Judge