IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAKSIM TSVETOVAT, et al., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:12cv510 |
| ) | |
| SEGAN, MASON & MASON, P.C., ) | |
| Defendant. ) | |

## ORDER

The matter is before the Court on defendant's motion for sanctions (doc. 79). The matter has been fully briefed, but oral argument would aid in the decisional process. A hearing is scheduled for 10:00 a.m. Friday, July 19, 2013 in the related matter, *Raja v. Segan, Mason & Mason P.C.*, No. 1:13cv418.

Accordingly, and for good cause,

It is hereby **ORDERED** that a hearing on defendant's motion for sanctions (doc. 79) is **SCHEDULED** for 10:00 a.m. Friday, July 19, 2013.

The Clerk is directed to send a copy of this Order to all counsel of record, and to M. Nawaz Raja and Neelum Nawaz Raja by U.S. mail.

Alexandria, VA
July 12, 2013

/s/
_____
T. S. Ellis, III
United States District Judge