# MOTION HEARING

Date: 7/19/2013                                           Judge: **T.S. ELLIS, III**
Time: 12:47-1:18                                          Court Reporter: M. Rodriquez
                                                          Courtroom Deputy: nmcc

Civil Action Number: 1:12cv510 and 1:13cv418

M. Nawaz Raja, et.al.

v.

Segan, Mason & Mason, P.C.

Motion for sanctions: matter heard
Appearance of (✗) Pro se Interested Party    (✗) Counsel (Williams, Mullen, Clark & Dobbins, P.C.)

( ) Granted    ( ) Denied    (✗) Granted in part/Deferred in part
( ) Taken Under Advisement    ( ) Continued to

( ) Report and Recommendation to Follow
(✗) Order to Follow

| Counsel: Pltf: | Deft: |
|---|---|
| Pro se litigant | John McIntosh, William Bayliss |